UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN WILLIAMS, on behalf of himself and all others similarly situated,

                                    Plaintiff,

          -v-

                                                        CIVIL ACTION NO. 25 Civ. 9572 (PAE) (SLC)

                                                        **ORDER**

EXPRESS, INC.,

                                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant Express, Inc. ("Defendant") to respond to the Complaint (Dkt. No. 1) was January 20, 2026. (Dkt. Nos. 7–8). See Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Defendant has neither responded to the Complaint nor requested an extension of its time to do so. As a one-time courtesy, the Court sua sponte **EXTENDS** Defendant's deadline to respond to the Complaint up to and including **February 4, 2026**.

DEFENDANT IS WARNED THAT FAILURE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT BY **FEBRUARY 4, 2026** MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS AGAINST DEFENDANT.

Dated:      New York, New York
            January 21, 2026              SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          United States Magistrate Judge