UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN WILLIAMS, <u>on behalf of himself and all others similarly situated</u>,

                                 Plaintiff,

    -v-

EXPRESS, INC.,

                                 Defendant.

CIVIL ACTION NO. 25 Civ. 9572 (PAE) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 4, 2026, Plaintiff Edwin Williams ("Plaintiff") filed a letter notifying the Court that Defendant Express, Inc. (the "Former Defendant") declared bankruptcy and sold its assets to two other companies, and requesting to amend the complaint (Dkt. No. 1 (the "Complaint")) to name the two other companies in place of the Former Defendant (the "Request"). (Dkt. No. 10). The Court granted the Request. (Dkt. No. 11 (the "Feb. 4 Order")). On February 5, 2026, Plaintiff filed the amended complaint (Dkt. No. 12 (the "Amended Complaint")) naming Phoenix Retail LLC and EXPWHP LLC (together, the "New Defendants"). (Dkt. No. 12). Plaintiff also filed a Notice of Voluntary Dismissal. (Dkt. No. 13 (the "NoD")).

The NoD states that Plaintiff is "voluntarily dismissing the above action without prejudice." (Dkt. No. 13). Pursuant to the Feb. 4 Order, however, Plaintiff was only directed to replace the Former Defendant with the New Defendants — not to dismiss the action without prejudice. (Dkt. No. 11). Accordingly, if Plaintiff intended only to dismiss the Former Defendant, not the entire action, then on or before **February 20, 2026**, Plaintiff shall refile the NoD and clarify

that Plaintiff is not voluntarily dismissing this action without prejudice but rather only dismissing

the Former Defendant from this action.

Dated:      New York, New York
            February 13, 2026                    SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2